UNITED STATES DISTRICT COURT
MIDDLES DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-248-T-36AEP

DAVID POSCHMANN,

    Plaintiff,

v.

ROBERT CIUS, P.A.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 14th day of September, 2020.

| | |
|---|---|
| s/Drew M. Levitt | s/Sheri L. Freeman-Novoa |
| DREW M LEVITT, ESQ, | SHERI L. FREEMAN-NOVOA, ESQ. |
| Florida Bar No. 782246 | Florida Bar No. 509965 |
| Drewmlevitt@gmail.com | baywaylaw@gmail.com |
| LEE D. SARKIN, ESQ. | 721 1st Avenue N |
| Florida Bar No. 962848 | St. Petersburg, Fl. 33701 |
| Lsarkin@aol.com | Counsel for Defendant |
| 4700 NW Boca Raton Blvd. | |
| Suite 302 | |
| Boca Raton, Fl. 33431 | |
| Counsel for Plaintiff | |