UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                              Case No: 8:20-cv-248-T-36AEP

ROBERT CIUS, PA,

    Defendant.
_____/

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice (Doc. 23). In accord with the Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 23).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on September 14, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record